UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN LOUIS MANN, SR, | No. 2:20-cv-1799 AC P |
| Petitioner, | |
| v. | ORDER |
| GARZA, | |
| Respondent. | |

Petitioner, a county jail inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

On September 21, 2020, new case documents served on petitioner by the court were returned as undeliverable and unable to forward. As a result, petitioner will also be ordered to file a change of address with the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, petitioner shall submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district, and

3. Within thirty days from the date of this order, petitioner shall also file a notice of change of address with this court.  See generally L.R. 182(f).

DATED: September 25, 2020

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE