UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN LOUIS MANN, SR., | No. 2:20-cv-1799 AC P |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| GARZA, | |
| Respondents. | |

Petitioner, a county jail inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2020, new case documents sent to petitioner were returned to the court as undeliverable. Shortly thereafter, on September 30, 2020, an order directing petitioner to submit a proper in forma pauperis application with the appropriate filing fee was also returned to the court as undeliverable.

It appears that petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the new case documents were returned by the postal service, and petitioner has failed to notify the court of a current address.

////

1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a
2 District Court Judge to this action.
3    IT IS FURTHER RECOMMENDED that this action be DISMISSED for without
4 prejudice for failure to prosecute.  See Local Rule 183(b).
5    These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days
7 after being served with these findings and recommendations, petitioner may file written
8 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
9 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
10 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
11 F.2d 1153 (9th Cir. 1991).
12 DATED: December 4, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE